1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  One Market Plaza
   Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendants Electronic Data Systems
   Corporation Long Term Disability Plan (incorrectly sued as
6  Electronic Data Systems Corporation Welfare Benefit Trust Long
   Term Disability Plan), Electronic Data Systems Corporation
7  Benefits Administration Committee (incorrectly sued as Benefits
   Administration Committee of Electronic Data Systems Corporation
8  Welfare Benefit Trust), and Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MASOOMA DASTAGIR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION WELFARE BENEFIT TRUST LONG TERM DISABILITY PLAN, BENEFITS ADMINISTRATION COMMITTEE OF ELECTRONIC DATA SYSTEMS CORPORATION WELFARE BENEFIT TRUST, METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendants. | CASE NO. 2:05-cv-02573 MCE PAN (JFM)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR RESPONSE TO COMPLAINT** |
|---|---|

Pursuant to Local Rules of Court 6-144(a) and 83-143, defendants Electronic Data Systems Corporation Long Term Disability Plan ("Plan"), Electronic Data Systems Corporation Benefits Administration Committee ("Committee"), Metropolitan Life Insurance Company ("MetLife"), and plaintiff Masooma Dastagir, through their attorneys of record, hereby stipulate and agree that all Defendants will respond to the complaint filed herein on or before May 10, 2006.

///

SF/1329538v1

1 | The Plan and the Committee were served with the summons and complaint on March 20, 2006. Their responsive pleadings were originally due on April 10, 2006, which was extended by stipulation on April 6, 2006, to April 24, 2006. Extension of the responsive pleading deadline to May 10, 2006, will give the Plan and Committee a total of 30 days from the date of service in which to respond to Plaintiff's complaint. Plaintiff has not yet served the summons and complaint on MetLife, which hereby agrees to appear voluntarily pursuant to this Stipulation.

This extension will allow the undersigned counsel, who were substituted as counsel on behalf of the Plan and Committee on April 18, 2006, to obtain and review relevant documents prior to filing responsive pleadings on behalf of all Defendants as set forth herein.

IT IS SO AGREED AND STIPULATED.

DATED: April ____, 2006       Law Offices of Jesse S. Kaplan

                              By:_____
                                 Jesse S. Kaplan
                                 Attorney for Plaintiff

DATED: April ____, 2006       Sedgwick, Detert, Moran & Arnold LLP

                              By:_____
                                 Rebecca A. Hull
                                 Attorney for Defendants
                                 Electronic Data Systems Corporation Long Term
                                 Disability Plan, Electronic Data Systems Corporation
                                 Benefits Administration Committee, Metropolitan Life
                                 Insurance Company

**IT IS SO ORDERED.**

DATED: April 20, 2006

                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE