1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  One Market Plaza
   Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendants
   Electronic Data Systems Corporation Long Term Disability
6  Plan (incorrectly sued herein as Electronic Data Systems Corporation
   Welfare Benefit Trust Long Term Disability Plan),
7  Electronic Data Systems Corporation Benefits Administration
   Committee, and Metropolitan Life Insurance Company

8

9                UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

12  MASOOMA DASTAGIR,                      CASE NO. 2:05-cv-2573 MCE PAN (JFM)

13          Plaintiff,                     **DEFENDANTS' SUBSTITUTION OF
                                           COUNSEL;**
14          v.
                                           **ORDER**
15  ELECTRONIC DATA SYSTEMS
    CORPORATION WELFARE BENEFIT
16  TRUST LONG TERM DISABILITY
    PLAN, BENEFITS ADMINISTRATION
17  COMMITTEE OF ELECTRONIC DATA
    SYSTEMS CORPORATION WELFARE
18  BENEFIT TRUST, METROPOLITAN
    LIFE INSURANCE COMPANY,
19
            Defendants.
20

21  TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS

22  OF RECORD:

23          PLEAST TAKE NOTION THAT Defendants Electronic Data Systems Corporation Long

24  Term Disability Plan and Electronic Data Systems Corporation Benefits Administration

25  Committee hereby substitute:

26          SEDGWICK, DETERT, MORAN & ARNOLD LLP
            Rebecca A. Hull, Esq.
27          One Market Plaza, Steuart Tower, 8th Floor
            San Francisco, CA 94105
28          Telephone: (415) 781-7900

SF/1329502v1

                              -1-

as their attorneys of record in the above-entitled action in place and instead of:

> BAKER & HOSTETLER LLP
> Steven W. Moore
> 303 East 17th Avenue, Suite 1100
> Denver, CO 80203-1264
> Telephone: (303) 861-0600

Electronic Data Systems Corporation Long Term Disability Plan  and Electronic Data

Systems Corporation Benefits Administration Committee hereby accept and consent to the

Substitution of Counsel.

DATED: April \_\_\_, 2006          ELECTRONIC DATA SYSTEMS CORPORATION LONG
                               TERM DISABILITY PLAN


                               By: _____


DATED: April \_\_\_, 2006          ELECTRONIC DATA SYSTEMS CORPORATION
                               BENEFITS ADMINSTRATION COMMITTEE


                               By: _____


On behalf of BAKER & HOSTETLER LLP, I consent to this substitution.

DATED: April \_\_\_, 2006          BAKER & HOSTETLER LLP


                               By: _____
                                    Steven W. Moore

On behalf of SEDGWICK, DETERT, MORAN & ARNOLD LLP, I accept the foregoing

substitution.

///

///

///

///

///

///

///

SF/1329502v1

1    DATED: April ____, 2006          SEDGWICK, DETERT, MORAN & ARNOLD LLP

2
                                      By: _____
3                                         Rebecca A. Hull

4

5    **IT IS SO ORDERED.**

6

7    DATED:  April 20, 2006

8                                      _____
9                                      MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF/1329502v1

-3-