SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants Electronic Data Systems
Corporation Long Term Disability Plan (incorrectly sued as
Electronic Data Systems Corporation Welfare Benefit Trust Long
Term Disability Plan), Electronic Data Systems Corporation
Benefits Administration Committee (incorrectly sued as Benefits
Administration Committee of Electronic Data Systems Corporation
Welfare Benefit Trust), and Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOOMA DASTAGIR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION WELFARE BENEFIT TRUST LONG TERM DISABILITY PLAN, BENEFITS ADMINISTRATION COMMITTEE OF ELECTRONIC DATA SYSTEMS CORPORATION WELFARE BENEFIT TRUST, METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendants. | CASE NO. 2:05-cv-02573 MCE PAN (JFM)<br><br>**STIPULATION ORDER FOR EXTENSION OF TIME FOR RESPONSE TO COMPLAINT AND FOR SUBMISSION OF JOINT STATUS REPORT**<br><br>**PROPOSED ORDER ON STIPULATION** |

Pursuant to Local Rules of Court 6-144(a) and 83-143, defendants Electronic Data Systems Corporation Long Term Disability Plan ("Plan"), Electronic Data Systems Corporation Benefits Administration Committee ("Committee"), Metropolitan Life Insurance Company ("MetLife"), and plaintiff Masooma Dastagir, through their attorneys of record, hereby stipulate and agree, and request that the Court order, that all Defendants will respond to the complaint filed herein on or before May 25, 2006.  As discussed more particularly below, the responsive pleading

date previously was extended for a period of 30 days, to the current date of May 10, 2006.

The Plan and the Committee were served with the summons and complaint on March 20, 2006. Their responsive pleadings were originally due on April 10, 2006, which date was extended 30 days by stipulation, to May 10, 2006. As of the date of that extension, plaintiff had not yet served her summons and complaint on MetLife, which agreed to appear voluntarily pursuant to that stipulation and to likewise respond to Plaintiff's complaint on or before May 10, 2006.

The undersigned defense counsel, who were substituted as counsel for the Plan and Committee on April 18, 2006, have not yet received all of the relevant documents, including the full benefit plan documents, that are needed in order to fully assess the claims made by plaintiff and file responsive pleadings on behalf of all defendants. The defendants have been diligently searching for and gathering the necessary documents, but have not yet been able to locate all of them.

Due to the delay in obtaining the relevant documents, defendants have requested and plaintiff is agreeable to a short additional extension of time to plead. The parties' proposed further 15-day extension of the date for filing responsive pleadings, to May 25, 2006, will permit defense counsel to obtain and review the relevant documents, prior to formulating the response to the complaint.

The parties further stipulate, and request that the Court approve, that the date for the initial joint status report (currently due on May 19, 2006) be extended so that defense counsel will have the benefit of the relevant documents and be able to participate in a meaningful manner. Likewise, plaintiff's counsel will be best able to participate meaningfully after receipt of the defendants' responsive pleadings. Accordingly, the parties hereby stipulate and agree that the date for submitting the joint status report shall be extended by 30 days, to June 19, 2006. There have been no prior extensions of the joint status report date.

///

///

IT IS SO AGREED AND STIPULATED.

DATED: May ____, 2006     Law Offices of Jesse S. Kaplan

                          By: _____
                              Jesse S. Kaplan
                              Attorney for Plaintiff

DATED: May ____, 2006     Sedgwick, Detert, Moran & Arnold LLP



                          By: _____
                              Rebecca A. Hull
                              Attorney for Defendants
                              Electronic Data Systems Corporation Long Term
                              Disability Plan, Electronic Data Systems Corporation
                              Benefits Administration Committee, Metropolitan Life
                              Insurance Company


     Upon the stipulation of the parties, **IT IS SO ORDERED.**

DATED: May 10, 2006

                          _____
                          MORRISON C. ENGLAND, JR
                          UNITED STATES DISTRICT JUDGE

SF/1334373v1                                              -3-        CASE NO. 2:05-cv-02573 MCE PAN (JFM)
                          STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME