JESSE S. KAPLAN  (Bar No. 103726)
5441 Fair Oaks Boulevard, Suite C-1
Carmichael, California  95608
Tel:    (916) 488-3030
Fax:    (916) 489-9297
Email:  jessekaplan@sbcglobal.net

Attorney for Plaintiff
Masooma Dastagir


SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  (Bar No. 99802)
MICHAEL N. WESTHEIMER  (Bar No. 178938)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Tel:    (415) 781-2900 telephone
Fax:    (415) 781-2635 facsimile
Email:  rebecca.hull@sdma.com
        michael.westheimer@sdma.com

Attorneys for Defendants
Electronic Data Systems Corporation Long Term Disability
Plan (incorrectly sued as "Electronic Data Systems Corporation
Welfare Benefit Trust Long Term Disability Plan");
Electronic Data Systems Corporation Benefits Administration
Committee (incorrectly sued as "Benefits Administration
Committee Of Electronic Data Systems Welfare Benefit Trust");
and Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOOMA DASTAGIR,<br><br>        Plaintiff,<br><br>    v.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION WELFARE BENEFIT TRUST LONG TERM DISABILITY PLAN, BENEFITS ADMINISTRATION COMMITTEE OF ELECTRONIC DATA SYSTEMS CORPORATION WELFARE BENEFIT TRUST, METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Defendants. | CASE NO. 2:05-CV-02573-MCE EFB<br><br>**REVISED STIPULATION AND ORDER EXTENDING TIME FOR HEARING OF CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br><br>Judge: Hon. Morrison C. England, Jr.<br>Court: 3, 15th Floor |

1  WHEREAS, the parties seek to file cross-motions for summary judgment in this action,
2  which arises under the Employee Retirement Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq.*;
3  WHEREAS, the Court issued a Pretrial (Status) Scheduling Order on June 27, 2006,
4  which provides that dispositive motions shall be heard no later than February 27, 2007;
5  WHEREAS, the parties sought to file and serve the summary judgment cross-motions to
6  be heard simultaneously on February 27, 2007, per their understanding of the Scheduling Order,
7  but were recently informed by the Court's clerk that the hearing date is unavailable for the Court;
8  WHEREAS, the parties previously stipulated to extend the dispositive motion hearing
9  date to March 19, 2007, but were advised by the Court's clerk that March 5, 2007 is preferable;
10  WHEREAS, there have been no prior extensions of time for hearing of dispositive
11  motions in this action, and a brief extension of the dispositive motion hearing date to March 5,
12  2007, will not prejudice any of the parties or interfere with the Court's schedule;
13  NOW, THEREFORE, plaintiff Masooma Dastagir and defendants Electronic Data
14  Systems Corporation Long Term Disability Plan (incorrectly sued as "Electronic Data Systems
15  Corporation Welfare Benefit Trust Long Term Disability Plan"), Electronic Data Systems
16  Corporation Benefits Administration Committee (incorrectly sued as "Benefits Administration
17  Committee of Electronic Data Systems Corporation Welfare Benefit Trust") and Metropolitan
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

SF/1384279v1

1  Life Insurance Company, by and through their respective counsel, hereby stipulate and mutually
2  request that the hearing date for dispositive motions be extended to March 5, 2007.

4  DATED: February 1, 2007         LAW OFFICES OF JESSE S. KAPLAN
5                                  By:  ___/s/  Jesse S. Kaplan (as authorized on 1/31/07)_
6                                      Jesse S. Kaplan
                                       Attorneys for Plaintiff

8  DATED: February 1, 2007         SEDGWICK, DETERT, MORAN & ARNOLD LLP
9                                  By:  ___/s/  Michael N. Westheimer_____
10                                     Michael N. Westheimer
                                       Attorneys for Defendants

12 IT IS SO ORDERED.
13 DATED: February 2, 2007

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE

SF/1384279v1