UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOOMA DASTAGIR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION WELFARE BENEFIT TRUST LONG TERM DISABILITY PLAN; BENEFITS ADMINISTRATION COMMITTEE OF ELECTRONIC DATA SYSTEMS CORPORATION WELFARE BENEFIT TRUST; and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendants.<br>_____/ | No. 2:05-cv-2573-MCE-EFB<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled. In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before April 25, 2007.

///
///
///

1    Failure to comply with this Order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this Order.
4    IT IS SO ORDERED.

Dated: April 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE